**UNITED STATES of America, Plaintiff–Appellee**

v.

**Juan Antonio CORONADO–RODRIGUEZ, Defendant–Appellant.**

**No. 05–50115.**

United States Court of Appeals, Fifth Circuit.

Decided June 2, 2005.

Mara A. Blatt, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal Public Defender, Philip J. Lynch, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that appellees unopposed motion to vacate the sentence is GRANTED;

IT IS FURTHER ORDERED that appellees unopposed motion to remand to the

---

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

district court for resentencing is GRANTED;

IT IS FURTHER ORDERED that appellees alternative unopposed motion to extend time to file the appellees brief 14 days from the Courts denial of appellees motion to vacate is DENIED AS UNNECESSARY.